# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR WEEKS, | CASE NO. 1:11-cv-01180-SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO REOPEN CASE, AND REFERRING MATTER TO MAGISTRATE JUDGE FOR SCREENING |
| v. | |
| K. COMITES, et al., | |
| Defendants. | |

Plaintiff Arthur Weeks ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Due to a docketing error the filing fee was not docketed in this action and on September 28, 2011, an order issued dismissing this action for failure to pay the filing fee or file an application to proceed in forma pauperis.  (ECF No. 6.)  On October 6, 2011, the filing fee was docketed in this action.  Accordingly, it is HEREBY ORDERED that:

1.      The order dismissing this action for failure to pay a filing fee and judgment, filed September 28, 2011, are VACATED; and

2.      The Clerk's Office shall reopen this case.

IT IS SO ORDERED.

**Dated:      October 6, 2011                              /s/ Sandra M. Snyder**
              TED STATES MAGISTRATE JUDGE