# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR WEEKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. COMITES, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:11-cv-01180-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF FIRST AMENDED COMPLAINT AND DOCUMENTS TO SERVE DEFENDANTS AS PREMATURE<br><br>(ECF No. 12) |

　　　Plaintiff Arthur Weeks ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 19, 2011, Plaintiff filed a first amended complaint. Plaintiff filed a motion for a copy of the first amended complaint and documents to effect service on Defendants on October 31, 2011.

　　　The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course.

　　　Until the Court has screened the complaint and found cognizable claims, any request for service is premature and will be denied.

　　　Accordingly, it is HEREBY ORDERED that Plaintiff's motion for a copy of the first

1  amended complaint and documents to serve defendants, filed October 31, 2011, is DENIED as
2  premature.
3     IT IS SO ORDERED.
4  Dated:    November 3, 2011            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE