# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR WEEKS,<br><br>        Plaintiff,<br><br>    v.<br><br>K. COMITES, et al.,<br><br>        Defendants. | CASE NO. 1:11-cv-01180-BAM PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

Plaintiff Arthur Weeks ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on July 18, 2011, and Plaintiff consented to the jurisdiction of the magistrate judge on August 1, 2011.

On August 6, 2012, an order issued dismissing the complaint, with leave to file a second amended complaint within thirty days.[1] 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed, with prejudice, for failure to state any claims.

More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

---

[1] In the order issued August 6, 2012, Plaintiff's access to the court claim was dismissed without leave to amend. The Court recognizes that the Ninth Circuit recently held in Silva v. Di Vittorio, 658 F.3d 1090, 1102-04 (9th Cir. 2011), that prisoners have a right to litigate claims that have a reasonable basis in law or fact without active interference by prison officials. However, in this instance, Plaintiff failed to meet the actual injury requirement and his claim was dismissed without leave to amend.

1

1  Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2  HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which
3  relief may be granted.  The Clerk's Office SHALL enter judgment against Plaintiff.  This dismissal
4  is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Vittorio, 658
5  F.3d 1090, 1098-99 (9th Cir. 2011).

6  IT IS SO ORDERED.

7  **Dated:**   September 26, 2012            /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE